IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-CR-01072 DHU |
| ) | |
| SABRINA KATHRYN IRELAND, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR TEMPORARY
MODIFICATION OF CONDITIONS OF SUPERVISED RELEASE TO TRAVEL**

Defendant Sabrina Kathryn Ireland moves this Court for an Order allowing for a temporary modification of her supervised release conditions to allow her to travel outside of the District of New Mexico from April 23, 2025 through April 28, 2025. In support of his request, Ms. Ireland states as follows:

1. On September 12, 2022, the United States Probation Office filed a Petition for Revocation of Ms. Ireland's Supervised Release for her failure to comply with the condition that she reside in a residential reentry center for a term of up to 180 days. [Doc. 44]

2. On March 15, 2023, the Court held a revocation hearing at which Ms. Ireland admitted the alleged violations. The Court sentenced her to a term of imprisonment of 40 days and supervised release of 32 months for the violation and imposed updated conditions of Ms. Ireland's supervision. [Doc 59]

3. On March 17, 2023, the Court entered an Order Setting Conditions of Release and ordering Ms. Ireland to participate in an intensive outpatient substance abuse treatment program

at Resurrection Women's Life Recovery Home, for a minimum of one year and follow the rules and regulations of that program. [Doc. 60]

4. Ms. Ireland resided at Frontline Resurrection Women's Life Recovery Home and attended parenting classes, mental health and substance abuse treatment, and counseling for approximately three and a half months. During that time, Ms. Ireland fully complied with all conditions of her release as ordered by the Court and has made substantial progress.

5. On July 5, 2023, this Court entered an order to modify Ms. Ireland's conditions of release to remove the condition that she submit to electronic location monitoring and allow for the removal of her ankle monitor. In the order, the Court also permitted her to reside at her personal residence while continuing to participate in Frontline Resurrection Women's Life Recovery Home's intensive outpatient program under all other conditions of release previously imposed by the Court. [Doc. 62]

6. The modifications allowed Ms. Ireland to give birth to and raise her new daughter at her own residence while continuing to receive the benefits of participation in the Frontline Resurrection Women's Life Recovery Home's intensive outpatient program.

7. Ms. Ireland has been fully compliant with her conditions of supervised release since the Court's entry of its July 5, 2023 Order.

8. Pursuant to her standard conditions of supervised release, Ms. Ireland is not permitted to knowingly leave the federal judicial district where she is authorized to reside without first getting permission from the Court or her probation officer. [Doc. 60, Standard Condition No. 3]

9. Ms. Ireland and her brother would like to be able to take a vacation to celebrate Ms. Ireland's birthday as well as her sobriety and her accomplishments over the past seventeen months.

10. Ms. Ireland's birthday is in late April, and her brother William has surprised her by offering to take her on a cruise to Cozumel, Mexico for her next birthday. This offer is significant for Ms. Ireland for a few reasons. First, prior to March 2023, when this Court allowed her to go to Frontline, Ms. Ireland had ongoing substance abuse issues and frequent legal issues. Thus, this will be one of the first of her birthdays on which she is sober and not either in custody or inpatient treatment. Second, due to these issues, Ms. Ireland and her brother were estranged for many years. Now that she has turned her life around, however, the two have reconnected and have once again become close. Thus, that William has offered to take her on a cruise to celebrate her birthday as well as her sobriety and her accomplishments is particularly meaningful to Ms. Ireland.

11. Ms. Ireland's brother William is a retired Marine and previously worked in law enforcement and poses no risk to her safety or sobriety.

12. Ms. Ireland therefore requests that the Court enter an Order allowing her to travel with her brother, William, to take a family vacation in April 2025.

13. Specifically, Ms. Ireland would like the Court's permission to travel with her brother from Albuquerque on April 23, 2025 to the port in Galveston, Texas, where the two will then take a cruise to Cozumel, Mexico, to enjoy a family vacation and return to Albuquerque on April 28, 2025.

14. Ms. Ireland would like to obtain the Court's permission in advance since the travel arrangements will need to be made in advance and will require her to obtain a passport as well.

15. Ms. Ireland is aware of, and agrees to abide by, all other conditions of release and to check in with her Probation Officer during both her travels to and from and her time spent on vacation.

16. In the approximately seventeen (17) months since her release from custody in this matter, beyond complying with her conditions of release, Ms. Ireland's actions demonstrate her commitment to living a productive, law-abiding life. Specifically:

   a. Ms. Ireland has become a mother who is responsible and does everything she can to make sure that her child is safe, happy, healthy, and well-taken care of;

   b. Following her inpatient program at Frontline, Ms. Ireland worked at the program and, during the course of her employment, she obtained her CCSS (Comprehensive Community Support Services Provider), CPSW (Certified Peer Support Worker), and case worker certifications.

   c. More recently, she has been working for approximately 2.5 months as a case worker at State of the Heart Recovery, a substance abuse and mental health treatment center, where she can put her certifications to use while also making a good living wage that allows her to support herself and her daughter;

   d. Ms. Ireland is also involved in community events that are designed to aid those experiencing homelessness with substance abuse, mental health, and other supportive services; and

   e. Ms. Ireland herself also continues to successfully participate in outpatient counseling and therapy at A New Awakening.

17. AUSA Jaymie L. Roybal does not oppose Ms. Ireland's request.

18. United States Probation Officer Kelly Coppin does not oppose Ms. Ireland's request.

For the foregoing reasons, Ms. Ireland requests this this Court enter an Order allowing her to leave the District of New Mexico from April 23, 2025 through April 28, 2025 to travel to Galveston, Texas to embark on a short cruise with her brother for vacation.

Respectfully submitted,

*/s/Alicia M. LaPado*

_____
Alicia M. LaPado
6801 Jefferson St. NE, Ste. 210
Albuquerque, NM 87109
(505) 848-8581
(505) 848-8593 fax
Alicia@businesslawsw.com

Attorney for Sabrina Ireland

I HEREBY CERTIFY that on the 28th day of August, 2024, I filed the foregoing electronically through the CM/ECF system, which caused all parties and counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

 */s/Alicia M. LaPado*
Alicia M. LaPado
Attorney for Sabrina Ireland